427 A.2d 649

**In re ESTATE of Mary I. FEY, Deceased.**

**Albert A. Boss, Executor.**

Appeals of Anna D. RUHE, Mary S. Ruhe, Marguerite L. Ruhe, Charles R. Ruhe, George C. Ruhe, Dr. Joseph W. Ruhe, Marian Fey Vidmer, John H. Fey, Anne Fey Shelley, Celesta Fey Rawlins, Ursala Kerins, Appellants.

Supreme Court of Pennsylvania.

Submitted March 2, 1981.

Decided April 15, 1981.

Ray N. Lochner, Apple & Bernstein, John R. Banke, Pittsburgh, for appellants.

Ronald M. Buick, McKeesport, for appellee.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY and KAUFFMAN, JJ.

## OPINION OF THE COURT

PER CURIAM:

The Decree of the Court of Common Pleas of Allegheny County is affirmed.